963 A.2d 842

DAVID T. JOHNSON, PLAINTIFF–PETITIONER, v. LILLIE
LOUELLA HOWARD, DEFENDANT–RESPONDENT.

January 20, 2009.

Denied.

963 A.2d 842

IN RE APPLICATION OF DENNIS PETERSON FOR
FIREARMS IDENTIFICATION CARD(DENNIS
PETERSON—PETITIONER).

January 22, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *M.S. v. Millburn Police Department,* 197 *N.J.* 236, 962 *A.*2d 515 (2008).

963 A.2d 842

CHANTEL PORRAS AND ROY PORRAS, PLAINTIFFS–RESPON-
DENTS, v. TOWNSHIP OF IRVINGTON, DEFENDANT–PETI-
TIONER, AND TOWNSHIP OF IRVINGTON FIRE DEPART-
MENT, ET AL., DEFENDANTS.

January 26, 2009.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Jastram v. Kruse,* 197 *N.J.* 216, 962 *A.*2d 503 (2008).